IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Gregory Chapman, Sr.,

    Plaintiff,                                          No. C 07-01527 SBA

v.                                              **ORDER**

U.S. EEOC, San Francisco Newspaper Agency (The Chronicle), and Teamster Local 853 (formerly 921),

    Defendants.

                                          /

On July 2, 2007, Defendant The San Francisco Chronicle filed a Motion to Dismiss, or, in the alternative for More Definite Statement, and noticed the motion for September 11, 2007. *See* Docket No. 14. On July 26, 2007, Defendant Equal Employment Opportunity Commission ("EEOC") filed a Motion to Dismiss for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1), failure to state a claim upon which relief could be granted against EEOC under Fed. R. Civ. P. 12(b)(6), and failure to effect proper service upon EEOC under Fed. R. Civ. P. 12(b)(1). *See* Docket No. 18. This Motion was also noticed for September 11, 2007.

Under Local Rule 7-3(a), Plaintiff's oppositions were due on August 21, 2007. Plaintiff has not filed any opposition or otherwise responded to either of defendants' Motions to Dismiss. Accordingly, IT IS HEREBY ORDERED THAT defendants' Motions to Dismiss are GRANTED without prejudice.

IT IS SO ORDERED.

Dated: 9/6/07                                                   SAUNDRA BROWN ARMSTRONG
                                                           United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GREGORY GRANT CHAPMAN,

        Plaintiff,

v.

US EEOC et al,

        Defendant.

Case Number: CV07-01527 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Chapman
38 Sarcedo Way
American Canyon, CA 94503

Dated: September 7, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2